United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jeanette Whitehead  
      Debtor

Case No. 12-14612-elf  
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: Pamela | Page 1 of 1 | Date Rcvd: Aug 23, 2017 |
| | Form ID: 150 | Total Noticed: 5 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2017.
```
db           +Jeanette Whitehead,    1000 East Butler Pike,    Ambler, PA 19002-4933
cr           +AES/PHEAA,    PO BOX 8147,    HARRISBURG, PA 17105-8147
cr            ECMC,    P.O. Box 75906,    St. Paul, MN  55175
cr           +WELLS FARGO HOME MORTGAGE,    MAC X7801-014,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/Text: bankruptcydpt@mcmcg.com Aug 24 2017 01:32:07      Midland Credit Management, Inc.,
               2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
                                                                                              TOTAL: 1
```

      ***** BYPASSED RECIPIENTS *****  
NONE.         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2017          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2017 at the address(es) listed below:
```
              ALLISON FRANCES ZUCKERMAN    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    Wells Fargo Bank, N.A paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               paeb@fedphe.com
              MICHAEL W. GALLAGHER    on behalf of Debtor Jeanette   Whitehead mwglaw@msn.com,
               mwglaw1@verizon.net
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pa.bkecf@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Jeanette Whitehead
        Debtor(s)                                       Case No: 12–14612–elf
                                                          Chapter: 13

_____

## *STATUS HEARING*

To the debtor, debtor's counsel, and any party in interest:

    NOTICE is hereby given that a Status hearing will be held before the Honorable Eric L. Frank ,

    United States Bankruptcy Court

    on 9/26/17 at 01:00 PM , in Courtroom #1, 900 Market Street, Philadelphia, PA 19107 .


For The Court

Timothy B. McGrath
Clerk of Court

66
Form 150